IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANOA KANE,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>**EXPERIAN,**<br><br>　　　　*Defendant.* | **Case No. 2:23-cv-03526-JDW** |

### ORDER

AND NOW, this 3rd day of May, 2024, upon consideration of Plaintiff Shanoa Kane's Motion For Leave To File Amended Complaint (ECF No. 26) and for the reasons given in the accompanying Memorandum, it is hereby **ORDERED** that (1) the Motion is **DENIED** and (2) Ms. Kane's Action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua D. Wolson*
　　　　　　　　　　　　　　　　　　　　　　JOSHUA D. WOLSON, J.